IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BEDMAR, LLC, | ) ) | Case No. 25-11027 (JKS) |
| Debtor.[1] | ) ) ) | **Re: Docket No. 4, 92 & 111** |

**ORDER ESTABLISHING CERTAIN DATES AND DEADLINES IN CONNECTION WITH REJECTION MOTION AND MOTIONS TO DISMISS**

Upon the certification of counsel (the "**Certification of Counsel**")[2] filed by the above-captioned debtor and debtor in possession (the "**Debtor**"), with respect to a proposed order regarding certain dates and deadlines for the (i) *Motion of Debtor for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (B) Abandonment of Any Remaining Personal Property Located at the Leased Sites, and (II) Granting Related Relief* [Docket No. 4], (ii) *Cobalt PropCo, LLC's Motion to Dismiss Debtor Bedmar, LLC's Chapter 11 Case Pursuant to Bankruptcy Code Section 1112 (b)* [Docket No. 92], (iii) *Motion of the United States Trustee to Dismiss or Convert the Debtor's Chapter 11 Case* [Docket No. 111] and certain related matters, including any joinders, supplements, or amendments to the forgoing or other Motions to Dismiss (collectively, the "**Contested Matters**"), and upon the representations of the Debtor in the Certification of Counsel; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Bedmar, LLC (5047).  The Debtor's mailing address is P.O. Box 68, Yorklyn, DE 19736.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Certification of Counsel or the Plan, as applicable.

1

**ORDERED, ADJUDGED AND DECREED THAT**

1. The following dates and deadlines (the "**Dates and Deadlines**") are hereby established in connection with the Contested Matters:

    a. July 3, 2025 at 4:00 p.m. (prevailing Eastern Time) shall be the deadline for parties in interest to file joinders to the Cobalt Motion to Dismiss, the U.S. Trustee Motion to Dismiss or to independently file Motions to Dismiss the Debtor's chapter 11 case.

    b. July 16, 2025 at 4:00 p.m. (prevailing Eastern Time) shall be the deadline for: (i) the Debtor or any other party in interest to file objections to any Motion to Dismiss, and (ii) any Landlord who disputes the amount of their respective Rejection Damages Claim set forth on Schedule A to the Plan to file a Proof of Claim to assert an Unscheduled Rejection Damages Claim.

    c. July 18, 2025 at 4:00 p.m. (prevailing Eastern Time) shall be the deadline for any party in interest to identify any witness it intends to call at the Combined Hearing (discussed below).

    d. The Court will hold a status conference regarding the Contested Matters (and the hearing related thereto) on July 22, 2025 at 1:00 p.m. (prevailing Eastern Time).

    e. July 23, 2025 at 12:00 p.m. (prevailing Eastern Time) shall be the deadline for any party that filed a Motion to Dismiss to file any reply in support of such Motion to Dismiss.

    f. The Court will consider the Contested Matters at the Combined Hearing scheduled for the Court's consideration of the adequacy of the Disclosure Statement and confirmation of the Plan, which is scheduled to commence on July 29, 2025 at 9:30 a.m. (prevailing Eastern Time).

2. The parties shall engage in reasonable expedited discovery focused on the matters to be heard at the Combined Hearing. To the extent that any discovery disputes arise, the parties may request a prompt teleconference with the Court.

3. Nothing in this order modifies the dates and deadlines established pursuant to the *Order (I) Scheduling Combined Hearing to Consider Approval of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Manner of Notice of Commencement, Combined*

Dated: July 2nd, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE