## EXHIBIT A

**Proposed Order**

1619137073.8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BEDMAR, LLC,[1] | Case No.: 25-11027 (JKS) |
| Debtor. | Related Docket No.: 92, 111, ___ |

## ORDER DISMISSING BEDMAR, LLC'S CHAPTER 11 CASE AND GRANTING RELATED RELIEF

Upon the Joint Motion[2] of President and Fellows of Harvard College, 92 Crowley Owner (DE) LLC, and CEGM Alachua, LLC to dismiss the chapter 11 case (the "Chapter 11 Case") of Bedmar, LLC ("Bedmar" or the "Debtor") under section 1112(b) of the Bankruptcy Code; and this Court having found that (i) this Court has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this is a core proceeding under 28 U.S.C. § 157(b), (iii) venue of the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (iv) no other or further notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at the hearing before this Court; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Bedmar, LLC (5047). The Debtor's mailing address is 3115 Merryfield Row, San Diego, CA 92121.

[2] Capitalized terms used but not otherwise defined in this Order have the meanings given to such terms in the Motion.

1619137073.8

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth in this Order.

2. The Chapter 11 Case of Bedmar, LLC is dismissed for cause under section 1112(b) of the Bankruptcy Code.

3. All objections to entry of this Order, to the extent not withdrawn or settled, are hereby overruled.

4. This Order shall be effectively immediately upon its entry.

5. In the event a Landlord is in possession of the premises demised under a Lease, the Landlord shall be entitled to remain in possession of such premises.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

1619137073.8