IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BEDMAR, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No.: 25-11027 (JKS)<br><br>**Related D.I. No. 298, 301** |

**JOINDER TO UNITED STATES TRUSTEE'S
AND COBALT PROPCO 2020, LLC'S MOTIONS IN LIMINE**

92 Crowley Owner (DE) LLC ("92 Crowley"), CEGM Alachua, LLC ("CEGM"), and President and Fellows of Harvard College ("Harvard," and collectively with 92 Crowley and CEGM, the "Landlords") respectfully submit this joinder (the "Joinder") to the *United States Trustee's Motion to Exclude Expert Testimony of Morris Alhale* [D.I. 298] and the *Motion of Cobalt Propco 2020, LLC to Exclude Expert Report and Testimony of Morris Alhale Under Daubert* [D.I. 301] (collectively, the "Motions in Limine") and respectfully state as follows:

**JOINDER**

1. The Landlords respectfully request that the Court grant the relief requested in the Motions in Limine.

*[Signature Page Follows]*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Bedmar, LLC (5047). The Debtor's mailing address is 3115 Merryfield Row, San Diego, CA 92121.

1

Case 25-11027-JKS    Doc 317    Filed 07/28/25    Page 2 of 3

|  |  |
|---|---|
| Dated: July 28, 2025<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br> /s/ Stuart M. Brown  <br>Stuart M. Brown (DE 4050)<br>R. Craig Martin (DE 5032)<br>Aaron S. Applebaum (DE 5587)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br>        craig.martin@us.dlapiper.com<br>        aaron.applebaum@us.dlapiper.com<br><br>- and -<br><br>Marc A. Silverman (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020<br>Telephone: (212) 335-4828<br>Email: marc.silverman@us.dlapiper.com<br><br>*Counsel for the Landlords* |

**CERTIFICATE OF SERVICE**

I, Stuart M. Brown, hereby certify that on this 28th day of July, 2025, a true and correct copy of the foregoing *Joinder to United States Trustee's and Cobalt Propco 2020, LLC's Motions In Limine* was served via the Court's CM/ECF system upon the parties registered to receive such notifications in this case.

                                         /s/ Stuart M. Brown
                                         Stuart M. Brown (DE 4050)