IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BEDMAR, LLC, | ) Case No. 25-11027 (JKS) |
| Debtor.[1] | ) **Re: Docket No. 291** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF WILSON SONSINI
GOODRICH & ROSATI, P.C. AS SPECIAL CONFLICTS COUNSEL
FOR THE DEBTOR, EFFECTIVE AS OF JULY 11, 2025**

The undersigned hereby certifies as follows:

1. On July 24, 2025, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Wilson Sonsini Goodrich & Rosati, P.C. as Special Conflicts Counsel for the Debtor, Effective as of July 11, 2025* [Docket No. 291] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order granting the relief requested in the Application was attached thereto as **Exhibit B** (the "**Proposed Order**").

2. Pursuant to the *Notice of Application and Hearing* filed with the Application, objections to the relief requested in the Application, if any, were to be made in writing and filed with the Court on or before August 7, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtor received informal comments (the "**Comments**") to the relief requested in the Application from the Office of the United States

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Bedmar, LLC (5047). The Debtor's mailing address is P.O. Box 68, Yorklyn, DE 19736.

RLF1 33565107v.1

Trustee for the District of Delaware (the "**U.S. Trustee**"). Other than the Comments, the Debtor received no informal responses to the Application, and no objection or other responsive pleading to the Application has appeared on the Court's docket in this chapter 11 case.

4. To resolve the Comments, the Debtor prepared a revised version of the Proposed Order (the "**Revised Order**"), and a copy of such Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

5. The Revised Order has been circulated to the U.S. Trustee, and the U.S. Trustee does not object to the entry of the Revised Order.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

Dated: August 14, 2025
      Wilmington, Delaware

Respectfully Submitted,

*/s/ James F. McCauley*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          merchant@rlf.com
          steele@rlf.com
          mccauley@rlf.com

*Counsel for Debtor and Debtor in Possession*