IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BEDMAR, LLC | ) Case No. 25-11027 (JKS) |
| Debtor.[1] | ) Re: Docket No. 352 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I caused the *Chapter 11 Monthly Operating Reports for the Month Ending 07/31/2025* [Docket No. 352] to be served upon the following parties as indicated:

**Via Email:**

Timothy Jay Fox, Jr.
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2307
Lockbox 35
Wilmington, DE 19801
Timothy.fox@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James F. McCauley*
　　　　　　　　　　　　　　　　　　　　　　　　　James F. McCauley (No. 6991)

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's United States federal tax identification number is Bedmar, LLC (5047). The Debtor's mailing address is: P.O. Box 68, Yorklyn, DE 19736.